AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Aidee Elizabeth VAZQUEZ-Gomez<br>YOB: 1988  Citizenship: Mexico<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  7:18mj1868-1<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(3) & (b)(1)(B) | Knowingly possessed with intent to use unlawfully or transfer unlawfully five or more false identification documents. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

Continued on the attached sheet.

Approved LAURA GARCIA

_____
Complainant's signature

Maria Christela Bernal, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/6/2018 - 9:29a.m.

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

ATTACHMENT A:

On March 6, 2018, a Homeland Security Investigations, Harlingen, TX (HSI Harlingen) undercover agent (HSI UCA) negotiated with VAZQUEZ for the purchase of one set of fraudulent identification documents, consisting of one fraudulent Texas Identification Card and one fraudulent Social Security Card, for $160. On March 7, 2018, VAZQUEZ met with the HSI UCA in Pharr, TX. The HSI UCA provided VAZQUEZ with an $80 down payment, with the remaining $80 paid upon receipt of the completed fraudulent documents, for a total payment of $160. VAZQUEZ provided one set of fraudulent documents. During the meeting, VAZQUEZ informed the HSI UCA that she was amenable to additional transactions in the future.

On April 9, 2018, the HSI UCA negotiated with VAZQUEZ for an additional two sets of fraudulent identification documents. Each set consisted of one fraudulent TX Identification Card and one fraudulent Social Security Card, for $160 per set. On April 10, 2018, VAZQUEZ met with the HSI UCA in Pharr, TX. The HSI UCA provided VAZQUEZ with $160 as down payment, with the remaining $160 paid upon receipt of the completed sets of fraudulent documents, for a total payment of $320. The HSI UCA paid VAZQUEZ a total of $320, for which VAZQUEZ provided two sets of fraudulent documents. During negotiations, VAZQUEZ informed the HSI UCA that she could also sell fraudulent Permanent Resident Cards and a fraudulent TX Driver Licenses for the same price of $160 per set.

On September 5, 2018, the HSI UCA negotiated a third purchase for two more sets of fraudulent documents for $160 per set, consisting of one Permanent Resident Card and on Social Security Card per set. HSI Harlingen arrested VAZQUEZ and Jesus Manuel RENTERIA, the document manufacturer, following their meeting in which VAZQUEZ paid RENTERIA $160 for the completed fraudulent documents. During an interview, VAZQUEZ admitted to selling the aforementioned documents after obtaining them from RENTERIA. VAZQUEZ also admitted that she was to be paid an additional $160 by the HSI UCA upon delivery of the completed documents. This meeting took place in San Juan, Texas. *mee*

Sworn to before me and signed in my presence.

Date: 9/6/18 – 9:29 a.m.

City and state: McAllen ~~Brownsville~~, Texas

*Judge's signature*

Juan F. Alanis
~~Ronald G. Morgan~~   U.S. Magistrate Judge

*Printed name and title*